IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EARL BIGGS,<br><br>Defendant. | Case No. CR-22-130-BLG-SPW-1<br><br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the trial date of August 7, 2023 for <u>Defendant Robert Earl Biggs only</u>, is hereby **VACATED** to be reset upon this Court's ruling on the Defendant, Robert Earl Biggs's Motion to Suppress Evidence (Doc. 39). The time from the motion's filing on June 15, 2023, to this Court's decision on the motion is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this __19th__ day of July, 2023.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE