IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-130-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT EARL BIGGS, | |
| Defendant. | |

Pending before the Court is the motion of the United States to reset the pending motions hearing. (Doc. 61). For good cause shown,

IT IS ORDERED that the motions hearing currently scheduled to commence on August 11, 2023, at 1:30 p.m., is VACATED.

IT IS FURTHER ORDERED that the motions hearing will be rescheduled for August 14, 2023, at 1:30 p.m.

DATED this 31st day of July, 2023.

SUSAN P. WATTERS
UNITED STATES DISTRICT COURT

1